UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

                                Index No. 07 CIV 3510 (SCR)

                  Plaintiffs,      **VOLUNTARY NOTICE**
                                    **OF DISMISSAL & ORDER**

    -and-

CJN ENTERPRISES INC.,

                  Defendant.
----------------------------------------------------------------X

       PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

*[signature]*

Dated: July 4, 2007
       Elmsford, New York

                                         BARNES, IACCARINO, VIRGINIA,
                                         AMBINDER & SHEPHERD, PLLC

                                         *[signature]*
                                         Karin Arrospide, Esq. (KA9319)
                                         Attorney for Plaintiffs
                                         258 Saw Mill River Road
                                         Elmsford, New York 10523
                                         (914) 592-1515

SO ORDERED:

*[signature]*

Honorable Stephen C. Robinson, U.S.D.J.

                                         July 20, 2007
                                         White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____